

FILED

AUG 1 7 2017

Clerk, U S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 17–12–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MIGUEL NAVARRETE, JR., | |
| Defendant. | |

Defendant Miguel Navarrete, Jr. ("Navarrette") moves this Court to amend

Additional Condition number 12 to allow Navarrete to travel to Missoula County

to meet with co-counsel. Currently Special Condition number 12 reads as follows:

"Travel is limited to Beaverhead County except for necessary court related travel

to Missoula, MT." Navarrete requests this condition be amended to allow

Navarrete to also travel to Missoula, MT to meet with co-counsel, Mr. Stephens,

for the purpose of necessary attorney/client consultation. For good cause

appearing and with no opposition from the Government;

IT IS ORDERED the Defendant's Motion (Doc. 19) is GRANTED.

Condition # 12 is amended to allow Navarrete to travel to Missoula, MT for court

appearances as well as meetings with defense counsel, Colin M. Stephens.

DATED this 17th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court